No. 5,102.—STATE EX REL. J. B. C. KNIGHT, RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of Deer Lodge County, and Joseph R. Jackson, Judge presiding, to set aside an order quashing the return on a search-warrant proceeding and directing the restitution of certain liquors seized.

Decided May 1, 1922.

PER CURIAM.—The application of the relator for a writ of supervisory control is, after due consideration, by the court denied. MR. JUSTICE HOLLOWAY dissenting.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. A. Foot,* Assistant Attorney General, for Relator.

---

No. 4,912.—STATE EX REL. FRANK G. FLOOD ET AL., RELATORS, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control to the District Court of Sanders County and James M. Self, a Judge thereof.

Decided May 1, 1922.

PER CURIAM.—The applications of the relators for a writ of supervisory control is hereby denied.

*Mr. Frank Woody,* for Relators.